IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| 1 PRIORITY ENVIRONMENTAL SERVICES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 623-035 |
| ZMC HOTELS, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

**O R D E R**

On November 6, 2023, the parties moved to stay the above-captioned case to proceed with binding arbitration. (Doc. no. 26.) On November 16, 2023, United States District Judge J. Randal Hall ordered the case stayed pending completion of arbitration proceedings. (Doc. no. 27.) Judge Hall further ordered the parties to file a joint status report regarding the progress of the arbitral proceedings every ninety days until the arbitration is complete. (Id.) The parties' most recent August 12, 2024 joint status report indicated the parties had not completed arbitral proceedings. (Doc. no. 30.)

Ninety days have passed since the last joint status report was filed, and no report has been filed as required by Judge Hall's Order. (Doc. no. 27.) Accordingly, the Court **ORDERS** the parties to file a joint status report by no later than Friday, December 6, 2024.

SO ORDERED this 25th day of November, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA